IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02645-DME-CBS

LOST PARK RANCH OWNERS ASSOCIATION, INC.,

    Plaintiffs,

v.

THOMAS A. RIZZI;
TIMOTHY L. RITCHEY;
CYNTHIA K. RITCHEY;
DANIEL J. RIZZI;
UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE;
SHIRLEY KINT as PARK COUNT PUBLIC TRUSTEE; and
MICHELLE MILLER as PARK COUNTY TREASURER,

    Defendants.

## ORDER

    THIS MATTER COMES BEFORE the Court on Plaintiff's Uncontested Motion to Dismiss Without Prejudice [Doc. No. 5].  In reliance upon Plaintiff's representation that the motion is uncontested, the motion is GRANTED.

    IT IS HEREBY ORDERED that this civil action is dismissed without prejudice. Each party shall pay its own costs and attorneys' fees.

    DONE AND SIGNED this  9th  day of    December   , 2011.

                              BY THE COURT:

                              *s/ David M. Ebel*

                              U. S. Circuit Court Judge